IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CANATELO, LLC**<br>  Plaintiff,<br><br>v.<br><br>**AVIGILON CORPORATION**<br>  Defendant. | **CIVIL NUM.: 3:12-cv-01431-JAG** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Canatelo, LLC, and Defendant Avigilon Corporation, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and subject to the approval of the Court, that the above entitled-cause and all claims made therein be, and upon approval are, dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the aforesaid and to dismiss this action with prejudice.

1

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 21st day of October, 2014

| | |
|---|---|
| **FERRAIUOLI LLC**<br>**221 Plaza, 4th Floor**<br>**221 Ponce de León Avenue**<br>**San Juan, PR 00917**<br>**Telephone: (787) 766-7000** | **FIDDLER GONŹALEZ &**<br>**RODRIGUEZ, PSC**<br>**254 Munoz Rivera Ave., 6th Floor**<br>**Hato Rey, Puerto Rico  00918**<br>**Telephone:  (787) 759-3291** |
| */s/Eugenio J. Torres-Oyola*<br>Eugenio J. Torres-Oyola<br>USDC No. 215505<br>etorres@ferraiuoli.com<br>*/s/Cristina Arenas Solís*<br>Cristina Arenas Solís<br>USDC No. 223511<br>carenas@ferraiuoli.com<br><br>*Attorneys for* Canatelo LLC | */s/Stephen J. Joncus*<br>Stephen J. Joncus (*pro hac vice admission*)<br>Derrick W. Toddy (*pro hac vice admission*)<br><br>KLARQUIST SPARKMAN, LLP<br>One World Trade Center<br>121 S.W. Salmon Street, Suite 1600<br>Portland, Oregon  97204<br>Telephone:  (503) 595-5300<br>stephen.joncus@klarquist.com<br>derrick.toddy@klarquist.com<br><br>**/s/Tomás A. Román-Santos**<br>Tomás A. Román-Santos<br>USDC-PR No. 219806<br><br>*Attorneys for Defendant Avigilon Corporation* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all attorneys of record.

In San Juan, Puerto Rico, this 21st day of October, 2014.

>*/s/Eugenio J. Torres-Oyola*
>Eugenio J. Torres-Oyola
>USDC No. 215505
>etorres@ferraiuoli.com
>*/s/Cristina Arenas Solís*
>Cristina Arenas Solís
>USDC No. 223511
>carenas@ferraiuoli.com
>FERRAIUOLI LLC
>221 Plaza, 4th Floor
>221 Ponce de León Avenue
>San Juan, PR 00917
>Telephone: (787) 766-7000
>
>*Attorneys for* Canatelo LLC

3