IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CANATELO, LLC,<br><br>**Plaintiff,**<br><br>v.<br><br>AVIGILON CORPORATION<br><br>**Defendant.** | **CIVIL NO.** 12-1431(JAG) |

**JUDGMENT**

Pursuant to the Parties' Stipulation of Dismissal (Docket No. 78), Judgment is hereby entered dismissing this case *with prejudice*. The parties shall bear their own costs, expenses, and attorneys' fees. This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 23rd day of October, 2014.

S/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
United States District Judge